**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENNETH MURRY**
**ADC #172099** **PLAINTIFF**

**v.** **No. 4:24-cv-816-DPM**

**SAVANNA HENDERSON, Nurse Faulkner County Detention Center; ROBERT DOYAL, Lieutenant, Faulkner County Detention Center; LEON FIELDS, Nurse, Faulkner County Detention; LEANNE DIXON, Nurse, Faulkner County Detention Center; and HUNTER WADE, Sergeant, Faulkner County Detention Center** **DEFENDANTS**

# ORDER

**1.** On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 98*, as supplemented on one issue, and overrules Murry's objections, *Doc. 99–101*. Fed. R. Civ. P. 72(b)(3).

**2.** The prompt x-ray ruled out a fracture of Murry's jaw from the November 2023 fight. In hindsight, that was a clear mistake. When he continued to experience jaw pain from December 2023 through April 2024, TurnKey personnel told Murry that he was on the waiting list to see the dentist. Murry received pain medication on three occasions after visits with facility nurses. In April, they diagnosed and treated an infection with antibiotics. But Murry was never taken to the dentist.

After a second fight in June, he was sent to UAMS. A CT scan revealed the old fracture and a new one.

**3.** Though the original no-fracture x-ray weighs in the balance, a jury could conclude that some of the defendants were negligent in not providing more care (including a prompt dental visit) when Murry's jaw pain and problems chewing continued into the spring of 2024. The deliberate-indifference precedent, though, requires more — acts or omissions akin to criminal recklessness. *Johnson v. Leonard*, 929 F.3d 569, 575–76 (8th Cir. 2019). This record shows mistake, some incomplete care, and some foot dragging, not deliberate indifference as the governing law defines it.

**4.** The defendants' motions for summary judgment, *Doc. 63 & 66*, are granted. Murry's deliberate-indifference claims will be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

26 August 2026