**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENNETH MURRY**
**ADC #172099** **PLAINTIFF**

**v.** **No. 4:24-cv-816-DPM**

**SAVANNA HENDERSON, Nurse Faulkner County Detention Center; ROBERT DOYAL, Lieutenant, Faulkner County Detention Center; LEON FIELDS, Nurse, Faulkner County Detention; LEANNE DIXON, Nurse, Faulkner County Detention Center; and HUNTER WADE, Sergeant, Faulkner County Detention Center** **DEFENDANTS**

## JUDGMENT

Murry's deliberate-indifference claims are dismissed with prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

26 August 2026